UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| 3GTMS, Inc. and Mitch Weseley, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>Geoff Comrie )<br>)<br>    Defendant. )<br>) | Civil Action No.<br>3:17-cv-00145 |

### ORDER TO SHOW CAUSE AND TEMPORARY RESTRAINING ORDER

WHEREAS, plaintiffs 3GTMS, Inc. ("3GTMS") and Mitch Weseley (collectively, the "Plaintiffs") Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction having been presented to the Court, and the Court having reviewed the Complaint and accompanying Declaration of Mitch Weseley, Memorandum of Law in Support of the Motion for Temporary Restraining Order and Preliminary Injunction, and the Attorney's Certification; and

WHEREAS, it appearing to the Court (a) that there is a substantial likelihood that the Plaintiffs will succeed on the merits at trial or (b) serious questions going to the merits to make them a fair ground for trial, with a balance of hardships tipping decidedly in Plaintiffs' favor, and that the Plaintiffs will suffer immediate and irreparable injury, loss and damage if a Temporary Restraining Order is not issued;

IT IS HEREBY ORDERED that defendant Geoff Comrie appear before the undersigned United States District Court Judge in Courtroom 3 ANNEX of the United States Courthouse, __BRIDGEPORT , CT_____, on the 15TH day of February, 2017, at __11:00__ (a.m.)/p.m., then and there to show

1469045

cause why an Order should not be entered, pursuant to Rule 65 of the Federal Rules of Civil Procedure and pending final determination of this action:

    (A) Prohibiting defendant Goeff Comrie from disclosing any confidential information of 3GTMS which he learned during his employment at 3GTMS to any third party; and

    (B) Prohibiting defendant Geoff Comrie from making any disparaging statements concerning either 3GTMS or Mitch Weseley to any third party.

IT IS FURTHER ORDERED, that no bond or security should be required on the grounds that Mr. Comrie will not be harmed by a Temporary Restraining Order.

IT IS FURTHER ORDERED, that Plaintiffs shall give notice to defendant Mr. Comrie of the pendency of the Motion for *Ex Parte* Temporary Restraining Order and Preliminary Injunction by serving such Motion and the memorandum of law in support of the motion, Complaint, Declaration of Mitch Weseley, Attorney's Certificate and this Order upon defendant Geoff Comrie on or before the __6TH__ day of February, 2017.

FEBRUARY 3, 2017

/s/Warren W. Eginton
Warren W. Eginton
Senior United States District Judge

1469045